UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Ron Zurek, | |
| Plaintiff, | Civil Action No.: 2:14-cv-00141-JD-PRC |
| v. | |
| American Express; and DOES 1-10, inclusive, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)**

Ron Zurek ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 4, 2014

Respectfully submitted,

By   /s/ Amy L. Cueller

Amy L. Cueller, Esq., #15052-49
LEMBERG LAW L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
E-Mail: acueller@lemberglaw.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

        I hereby certify that on November 4, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Northern District of Indiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

        /s/ *Amy L. Cueller*

        Amy L. Cueller